UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 21, 2016

No. 14-1610

JEFFREY J. HEFFERNAN,
Appellant

v.

CITY OF PATERSON; MAYOR JOSE TERRES;
POLICE CHIEF JAMES WITTIG; POLICE DIRECTOR MICHAEL WALKER

(D.N.J. No. 2-06-cv-03882)

Present: VANASKIE, GREENBERG and COWEN, Circuit Judges

1. Motion filed by Appellant to amend the Judgment.

Respectfully,
Clerk/tyw

_____ORDER_____

The foregoing motion is granted. The August 25, 2016 Order of this Court is amended by vacating the remand of this matter to the District Court. The Clerk of Court is directed to mark this appeal closed based on the settlement reached by the parties.[1]

By the Court,

s/ Thomas I. Vanaskie
Circuit Judge

Dated: December 7, 2016
tyw/cc: Mark B. Frost, Esq.
Ryan M. Lockman, Esq.          Anthony V. D'Elia, Esq.
Victor A. Afanador, Esq.       Roosevelt Jean, Esq.
Susana Cruz-Hodge, Esq.        Thomas P. Scrivo, Esq.
Erik E. Sardina, Esq.          Gary Potters, Esq.     **A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

_____

[1] The members of the panel express our sincere gratitude to the head of our excellent mediation program, Joe Torregrossa, for his stellar efforts in facilitating an amicable resolution of this controversy.